UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION


GERALD FRANK CENTRA,

    Plaintiff,

                                    Case Number C02-4072MWB

JO ANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

                              **ATTORNEY FEE JUDGMENT**


    **DECISION BY THE COURT:** This action came before the Court. The issues have been decided and a decision has been rendered.

    **IT IS ORDERED THAT:** plaintiff's counsel, Dennis J. Mahr, is awarded $14,195.50 (fourteen thousand one hundred ninety-five dollars and fifty cents.) in fees, pursuant to 42 U.S.C. Sec. 406(b) and is directed to return to the plaintiff the smaller amount of $7,500 (seven thousand five hundred dollars) previously awarded for attorney fees pursuant to the EAJA.

    Dated: SEP 2 9 2006

                              PRIDGEN J. WATKINS,
                              Clerk


                              S/ A. Kjos Deputy Clerk



APPROVED AS TO FORM:


Mark W. Bennett
_____

Mark W. Bennett, Chief Judge